IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROBERT BUTTS, TRUSTEE OF THE CONRAD E. BUTTS 1995 TRUST, PLAINTIFF, | § § § § | |
| V. | § § | CAUSE NO. 1:20-CV-179-LY |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, DEFENDANT. | § § § § | |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On October 8, 2020, the parties filed an Agreed Stipulation of Voluntary Dismissal with Prejudice (Doc. #12), which the court has reviewed and approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this ___13th___ day of October, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE